IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| STACYE HOSEA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 14-0414-CG-B |
|  | ) |  |
| LARRY JONES, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated October 24, 2014, is **ADOPTED** as the opinion of this Court.

It is hereby **ORDERED** that the Defendant's motion to dismiss (Doc. 3) is **GRANTED,** and the claims asserted by the Plaintiff against Defendant Larry Jones are hereby **DISMISSED WITH PREJUDICE**.[1]

**DONE and ORDERED** this 12th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the parties are directed to change the style of this action on all future pleadings to read: Stacye Hosea v. State Farm Fire & Casualty Company. The clerk is directed to change the docket accordingly.