IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Chapter 13 Trustee** )<br>**Daniel B. O'Brien as Intervenor in** )<br>**the Matter of STACYE HOSEA,** )<br>)<br>**Plaintiff** )<br>)<br>vs. )<br>)<br>**STATE FARM FIRE & CASUALTY** )<br>**COMAPNY,** )<br>)<br>**Defendant.** ) | CIVIL ACTION NO. 14-0414-CG-B |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal (Doc. 46) on August 28, 2015, it is **ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.

**DONE** and **ORDERED** this 31st day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE